UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JAMES SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-00125-RLY-MPB |
| | ) | |
| NICK DOWNEY Clerk's Entry of Default Entered on 11/13/18, | ) ) | |
| ACTION SAFETY SOLUTIONS, INC. Clerk's Entry of Default Entered on 11/13/18, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING CASE

The court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED** this 10th day of February 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy to:

Nick Downey
3039 Field Stone Drive
Henderson, KY 42420

1

Action Safety Solutions, Inc.
c/o Nick Downey
3039 Field Stone Drive
Henderson, KY  42420